# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHARLES H.**, :
                Plaintiff, :
v. :
                                                         NO. 24-684
**LELAND DUDEK**, :
*Acting Commissioner of Social Security* :
                Defendant. :

## ORDER

**AND NOW**, this 9th day of April, 2025, in accordance with the Opinion filed by the undersigned on this date, it is hereby **ORDERED** that Plaintiff's Request for Review is **DENIED**.

This case may be marked by the Clerk's Office as **CLOSED**.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE